UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00094-2

**United States of America**

v.

**Jessica Kay Rios**

## ORDER

The court referred this matter to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on the guilty plea. Doc. 68. The magistrate judge recommended the court accept defendant's guilty plea and adjudge defendant guilty on count 2 of the indictment. *Id.* Defendant waived her right to object to the magistrate judge's findings. *Id.* at 2.

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Jessica Kay Rios guilty of count 2 of the indictment, charging a violation of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine.

*So ordered by the court on April 22, 2025.*

J. CAMPBELL BARKER
United States District Judge